FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
11/18/2020
CLERK'S OFFICE
AT GREENBELT
BY KN, DEPUTY CLERK

KOH
LBG/TMS: USAO 2018R00485

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PJM 20-cr-0396 |
| | * | |
| GERALD F. LUCHANSKY, | * | (Receipt of Unauthorized |
| | * | Compensation by a Government |
| Defendant | * | Employee, 18 U.S.C. §§ 209(a), |
| | * | 216(a)(1)) |
| | * | |

*******

## INFORMATION

### COUNT ONE
(Receipt of Unauthorized Compensation by a Government Employee)

The United States Attorney for the District of Maryland charges that:

From in or about 2004 to in or about 2017, in the District of Maryland, the defendant,

**GERALD F. LUCHANSKY**

knowingly received any contribution and supplementation to his salary as compensation for his services as an officer and employee of any independent agency of the United States, that is, as an Archives Specialist for the National Archives and Records Administration, from any source other than the Government of the United States.

18 U.S.C. §§ 209(a), 216(a)(1)

Leah B. Grossi
Digitally signed by LEAH GROSSI
Date: 2020.11.18 13:16:45 -05'00'

Date: 11/18/2020

Robert K. Hur /LBG
Robert K. Hur
United States Attorney