IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *

    v.                          *

GERALD F. LUCHANSKY            * Criminal No.: CBD-20-396

      Defendant              *

             *    *    *    *    *

## APPEARANCE

Please enter my appearance as counsel for the Defendant in the above-captioned case.

MURPHY & PRICE, LLP

_____/s/_____
J. DENNIS MURPHY, JR.
1125 West Street, Suite 200
Annapolis, MD 21401
dennis@murphypricelaw.com
(410) 280-2500
MDEC Bar No.: 8512010449

## CERTIFICATE

I HEREBY CERTIFY that on the date of the electronic filing of this submission, a copy was served via CMECF on the attorney for the Government and that it does not contain any restricted information pursuant to Maryland Rule 20-201 (f) (1).

_____/s/_____
J. Dennis Murphy, Jr.